# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gerber, Joel | United States Tax Court | 04/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

400 2nd Street, N.W., Room 418
Washington, D.C. 20217

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Tannenwal Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan.-Dec. | ▢ - U.S. Treasury Department - Retirement Annuity |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gold Coins | | None | J | T | | | | | |
| 2. Deam Wotter (Morgan Stanley) Common Stock | A | Dividend | J | T | | | | | |
| 3. Lucent Common (Alcatel) | | None | J | T | | | | | |
| 4. Microsoft Common | A | Dividend | J | T | | | | | |
| 5. General Electric Common | A | Dividend | J | T | | | | | |
| 6. Time Warner Common (Formerly AOL) | A | Dividend | J | T | | | | | |
| 7. Nasdaq 100 Trust QQQ | A | Dividend | J | T | | | | | |
| 8. Cisco Systems Common | A | Dividend | J | T | | | | | |
| 9. Blackrock Balanced Investment | | None | | | Sold | 03/30/11 | J | A | |
| 10. MSW Divident Growth (Investco) | | None | | | Sold | 03/30/11 | J | A | |
| 11. Ing Annuity (X) | | None | N | T | | | | | |
| 12. Janis Mid Cap Fund | C | Distribution | J | T | | | | | |
| 13. Third Avenue Value Fund | | None | | | Sold | 03/30/11 | J | A | |
| 14. Citibank Checking | A | Interest | K | T | | | | | |
| 15. Citibank Money Market Checking | A | Interest | L | T | | | | | |
| 16. Third Avenue Fund | | None | | | Sold | 02/04/11 | K | A | |
| 17. Discover Financial Services | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kinetics Paradigm Fund | | None | | | Sold | 02/04/11 | K | A | |
| 19. Janis Mid Cap Fund | A | Dividend | J | T | | | | | |
| 20. T. D. Ameritrade Mney Mkt | A | Int./Div. | L | T | | | | | |
| 21. TDAX FDS, Inc | A | Dividend | J | T | | | | | |
| 22. Cadence Pharmaceuticals | | None | J | T | | | | | |
| 23. Alps Services Brown Cam Small Co Fd 1 | | None | J | T | Buy | 04/04/11 | J | | |
| 24. Artio Fds International Equity II A | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 25. | | | | | Sold (part) | 07/12/11 | J | A | |
| 26. | | | | | Sold (part) | 10/10/11 | J | A | |
| 27. Artisan Fds Inc Mid Cap Value Fd | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 28. | | | | | Sold (part) | 10/10/11 | J | A | |
| 29. Berwyn Fd Inc Comm | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 30. Buffalo Fds Mid Cap | | None | J | T | Buy | 04/04/11 | J | | |
| 31. | | | | | Sold (part) | 07/11/11 | J | A | |
| 32. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 33. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 34. Credit Suisse Fds Commodity Return Strategy Com | | None | J | T | Buy | 04/04/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/12/11 | J | | |
| 36. | | | | | Sold (part) | 10/10/11 | J | A | |
| 37. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 38. Dodge & Cox Fds Intl Stk Fd | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 39. | | | | | Sold (part) | 10/10/11 | J | A | |
| 40. Dodge & Cox Funds Stk Fd | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 41. Harbor Fd Bd Fd Instl | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 42. | | | | | Sold (part) | 07/11/11 | J | A | |
| 43. Janus Perkins Midcp Vl Inv T | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 44. | | | | | Sold (part) | 10/10/11 | J | A | |
| 45. Jensen Portfolio Inc Com | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 46. Metro West Fds Total Return Bd Fd | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 47. | | | | | Sold (part) | 07/11/11 | J | A | |
| 48. Northern Fds Small Cap Fd | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 49. | | | | | Sold (part) | 07/11/11 | J | A | |
| 50. Nottingham Invt Tr-11 Brown Cap Small Co Instl | A | Dividend | | | Buy | 04/04/11 | J | | |
| 51. | | | | | Sold | 07/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Real Return Fd CL D | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 53. | | | | | Sold (part) | 07/11/11 | J | A | |
| 54. | | | | | Sold (part) | 10/10/11 | J | A | |
| 55. Price T. Rowe High Yield Fd 1 Com | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 56. | | | | | Sold (part) | 10/11/11 | J | A | |
| 57. Rowe T. Price Equity Income F Sh Ben Int | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 58. Rowe T. Price New Am Growth F Sh Ben Int | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 59. | | | | | Sold (part) | 07/11/11 | J | A | |
| 60. | | | | | Sold (part) | 10/11/11 | J | A | |
| 61. Royce Microcap Investment Cl | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 62. SSGA Fds Emerging Mkt | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 63. T Rowe Real Estate Fd | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 64. | | | | | Sold (part) | 07/11/11 | J | A | |
| 65. T Rowe Price Intl Bd Fd | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 66. | | | | | Sold (part) | 07/11/11 | J | A | |
| 67. | | | | | Sold (part) | 10/11/11 | J | A | |
| 68. T Rowe Price Intl Emerg Mkts Stk | | None | J | T | Buy | 04/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/11/11 | J | A | |
| 70. Templeton Income Tr Global Bond Advisor | A | Dividend | J | T | Buy | 10/10/11 | J | | |
| 71. Thornburg Interntl Value Inst | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 72. | | | | | Sold (part) | 07/11/11 | J | A | |
| 73. Turner Fds Midcap Fd Instl Cl | | None | J | T | Buy | 04/04/11 | J | | |
| 74. | | | | | Sold (part) | 07/11/11 | J | A | |
| 75. Artio Fds International Equity II A | | None | | | Buy | 04/06/11 | J | | |
| 76. | | | | | Sold (part) | 07/11/11 | J | A | |
| 77. | | | | | Sold | 10/10/11 | J | A | |
| 78. Artisan Fed Inc Mid Cap Value Fd | | None | | | Buy | 04/06/11 | J | | |
| 79. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 80. | | | | | Sold | 10/10/11 | J | A | |
| 81. Aips Fund Services Brown Sm 1 See | | None | J | T | Buy | 04/06/11 | J | | |
| 82. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 83. | | | | | Sold (part) | 07/11/11 | J | A | |
| 84. Buffalo Fds Mid Cap Fd | | None | J | T | Buy | 04/06/11 | J | | |
| 85. | | | | | Buy (add'l) | 10/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 87. | | | | | Sold (part) | 07/11/11 | J | A | |
| 88.   Credit Suisse Funs Commodity | | None | J | T | Buy | 04/06/11 | J | | |
| 89. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 90. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 91. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 92.   Dodge & Cox Funds Intl Stk Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 93. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 94.   Dod & Cox Funds Stock Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 95. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 96.   Harbor Fd Bd Fd Instl | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 97. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 98. | | | | | Sold (part) | 07/11/11 | J | A | |
| 99.   Janus Perkins Mid Cap VL Inv T | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 100.   Janus Short Term Bd T | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 101. | | | | | Sold (part) | 07/11/11 | J | A | |
| 102. | | | | | Sold (part) | 10/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Jensen Quality Growth J | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 104. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 105. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 106. Metropolitan West Total Return | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 107. | | | | | Sold (part) | 07/11/11 | J | A | |
| 108. | | | | | Sold (part) | 10/10/11 | J | A | |
| 109. Northern Fds Small Cajp Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 110. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 111. Pimco Real Return Fd Cl D | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 112. | | | | | Sold (part) | 07/11/11 | J | A | |
| 113. | | | | | Sold (part) | 10/10/11 | J | A | |
| 114. Price T Rowe High Yield Fd 1 Com | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 115. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 116. | | | | | Sold (part) | 10/10/11 | J | A | |
| 117. Rowe T Price Equity Inc F Sh Ben | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 118. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 119. Rowe T Price New Am Growth F Sh | A | Dividend | J | T | Buy | 04/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 07/11/11 | J | A | |
| 121. Rowe T Price Short Term Bd F Com | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 122. | | | | | Sold (part) | 07/11/11 | J | A | |
| 123. | | | | | Sold (part) | 10/10/11 | J | A | |
| 124. SSGA Fds Emerging Mkt | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 125. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 126. T Rowe Price Intl Emerging Mkts | A | Dividend | | | Buy | 07/11/11 | J | | |
| 127. | | | | | Sold | 10/10/11 | J | A | |
| 128. T Rowe Price Intl Intl Bd Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 129. | | | | | Sold (part) | 07/11/11 | J | A | |
| 130. | | | | | Sold (part) | 10/10/11 | J | A | |
| 131. T Rowe Price Real Estate Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 132. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 133. | | | | | Sold (part) | 07/11/11 | J | A | |
| 134. Templeton Income Tr Global Bond | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 135. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 136. Thornburg Interntl Value Inst | A | Dividend | J | T | Buy | 04/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 138.  Turner Fds Midcap Fd Instl Cl | | None | | | Buy | 04/06/11 | J | | |
| 139. | | | | | Sold (part) | 07/11/11 | J | A | |
| 140. | | | | | Sold | 10/10/11 | J | A | |
| 141.  Artio Fds | | None | | | Buy | 04/06/11 | J | | |
| 142. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 143. | | | | | Sold | 10/10/11 | J | A | |
| 144.  Artisan Fds Inc Mid Cap Value Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 145.  ALPS Fund Services Brown Sm 1 SEE | | None | J | T | Buy | 04/06/11 | J | | |
| 146. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 147. | | | | | Sold (part) | 07/11/11 | J | A | |
| 148.  Berwin Fd Inc. Com | A | Distribution | J | T | Buy | 04/06/11 | J | | |
| 149.  Buffalo Fds Mid Cap Fd | | None | J | T | Buy | 04/06/11 | J | | |
| 150. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 151. | | | | | Buy | 12/21/11 | J | | |
| 152. | | | | | Sold (part) | 07/11/11 | J | A | |
| 153.  Credit Suisse Funds Commodity | A | Distribution | J | T | Buy | 04/06/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 155. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 156. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 157. Dodge & Cox Funds International Stock Fund | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 158. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 159. | | | | | Sold (part) | 07/11/11 | J | A | |
| 160. Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 161. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 162. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 163. Harbor Fd Bd Fd Instl | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 164. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 165. | | | | | Sold (part) | 10/10/11 | J | A | |
| 166. Janus Perkins Mid Cp Vl Inv T | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 167. Janus Short Term Bd T | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 168. | | | | | Sold (part) | 07/11/11 | J | A | |
| 169. | | | | | Sold (part) | 10/10/11 | J | A | |
| 170. Jensen Quality Growth J | A | Dividend | J | T | Buy | 04/06/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 172. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 173. Metropolitan West Total Return | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 174. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 175. | | | | | Sold (part) | 10/10/11 | J | A | |
| 176. Northern FDS Small Cap Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 177. | | | | | Sold (part) | 10/10/11 | J | A | |
| 178. Pimco Real Return Fd Cl D | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 179. | | | | | Sold (part) | 07/11/11 | J | A | |
| 180. | | | | | Sold (part) | 10/10/11 | J | A | |
| 181. Price T Rowe High Yield Fd 1 Com | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 182. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 183. | | | | | Sold (part) | 10/10/11 | J | A | |
| 184. Rowe T Price Equity Income F Sh Ben | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 185. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 186. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 187. Rowe T Price New Am Growth F Sh | A | Dividend | J | T | Buy | 04/06/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 189. | | | | | Sold (part) | 07/11/11 | J | A | |
| 190.  Rowe T Price Short Term Bd F Com | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 191. | | | | | Sold (part) | 07/11/11 | J | A | |
| 192. | | | | | Sold (part) | 10/10/11 | J | A | |
| 193.  Royce Midcap Investments Cl | | None | | | Buy | 04/06/11 | J | | |
| 194. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 195. | | | | | Sold | 10/10/11 | J | A | |
| 196.  SSGA Fds Emerging Mkt | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 197.  T Rowe Price Intl Emerg Mkts Stk | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 198. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 199. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 200.  T Rowe Price Intl Intl Bd Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 201. | | | | | Sold (part) | 07/11/11 | J | A | |
| 202. | | | | | Sold (part) | 10/10/11 | J | A | |
| 203.  T Rowe Real Estate Fd | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 204. | | | | | Sold (part) | 07/11/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Templeton Income Tr Global Bond | A | Dividend | J | T | Buy | 10/10/11 | J | | |
| 206. Thornburg Interntl Value Inst | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 207. | | | | | Sold (part) | 07/11/11 | J | A | |
| 208. Turner FDS Midcap Fd Instl Cl | | None | J | T | Buy | 04/06/11 | J | | |
| 209. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 210. | | | | | Sold (part) | 07/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel Gerber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544